UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  SA:14-CR-00241(2)-DAE |
| | § | |
| (2) Amber Denise Huizar | § | |

ORDER RESETTING FINAL REVOCATION HEARING

It is hereby ORDERED that the above entitled and numbered case is reset for a **FINAL REVOCATION HEARING** before Senior United States District Judge David Alan Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Monday, September 09, 2019 @ 09:00 AM**.

Government's Motion to Revoke and Sentencing Guidelines from the Probation Office are due by **2:00 PM** on **Tuesday, September 03, 2019**.  Any proposed agreements between parties must be submitted for the Court's review and consideration no later than **Wednesday, September 04, 2019**.  **Any submissions after this deadline will require all parties to appear at the final revocation hearing.**

It is further ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED.

DATED: San Antonio, Texas July 19, 2019.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE